UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OLIVER WYMAN, INC.,

                    Plaintiff,                          **ORDER**

        -against-                         **22-CV-10353 (ALC) (JW)**

WALTZING MATILDA AVIATION, LLC,

                    Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **April 21, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in May, June or July 2023.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

    Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

SO ORDERED.

DATED:    New York, New York
              April 12, 2023

                                                              *Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                             United States Magistrate Judge