UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVER WYMAN, INC.,

                    Plaintiff,                        **ORDER**

              -against-                   **22-cv-10353 (ALC) (JW)**

WALTZING MATILDA AVIATION, LLC,

                    Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 30, 2023, Defendant requested the settlement conference scheduled for June 6, 2023, be adjourned in part because relevant documents have not yet been exchanged. Dkt. No. 25. On May 30, 2023, Plaintiff wrote to oppose the request. Dkt. No. 26. Since a settlement conference may not be productive at this time, Defendant's request is GRANTED. Parties are directed to file a joint status letter by June 30, 2023, advising the Court on the status of the exchange of relevant documents. The Clerk of the Court is respectfully requested to close the motion at Dkt. No. 25.

      SO ORDERED.

DATED:    New York, New York
               June 1, 2023

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge