**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OLIVER WYMAN, INC.,

                                 Plaintiff,                             <u>**ORDER**</u>

                 -against-                               **22-cv-10353 (ALC) (JW)**

WALTZING MATILDA AVIATION, LLC,

                                Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **July 17, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in September or October.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

        Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

SO ORDERED.

DATED:      New York, New York
                July 11, 2023

                                      _Jennifer E. Willis_
                                     JENNIFER E. WILLIS
                                     United States Magistrate Judge