**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCT OF NEW YORK**

----------------------------------------------------------------X

OLIVER WYMAN, INC.,

Plaintiff,

-against- CIVIL ACTION NO.: 1:22-cv-10353

WALTZING MATILDA AVIATION, LLC,

Defendant.

----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties in the above-captioned action, by and through their undersigned counsel, hereby stipulate that all claims in this case shall be dismissed in their entirety, with prejudice, without any admission of liability and with each party bearing their own attorneys' fees, expenses and costs.

DATED this 30th day of January, 2024

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

Lisa Bentley, Esq.
Aguilar Bentley LLC
5 Penn Plaza, 19th Floor
New York, New York 10001
Phone: (646) 648-0469
lbentley@aguilarbentley.com

ATTORNEYS FOR DEFENDANT:

Patrick McCormick, Esq.
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway;
Suite 400
Ronkonkoma, New York 11779
(631) 738-9100
pmccormick@cmmllp.com